UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: GUSTAITIS, JOHN III | § Case No. 10-47446-JS |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID GROCHOCINSKI, TRUSTEE   , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of U.S. Bankruptcy Court
  219 S. Dearborn Street
  Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/29/2011            By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                                         Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: GUSTAITIS, JOHN III | § | Case No. 10-47446-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 66,875.34 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 66,875.34 |
| **Balance on hand:** | $ 66,875.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 66,875.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 6,593.75 | 0.00 | 6,593.75 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 22,274.00 | 0.00 | 22,274.00 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 120.82 | 0.00 | 120.82 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 28,988.57 |
| Remaining balance: | $ 37,886.77 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 37,886.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 37,886.77

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,810,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Old Second National Bank | 8,810,000.00 | 0.00 | 37,886.43 |

Total to be paid for timely general unsecured claims: $ 37,886.43
Remaining balance: $ 0.34

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.34

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.34

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-47446-JHS
John W. Gustaitis                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko           Page 1 of 2           Date Rcvd: Nov 30, 2011
                              Form ID: pdf006          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2011.
```
db         +John W. Gustaitis, III,    8 Vincent Court,    Naperville, IL 60565-1106
16317940   +Centier Bank,    P O BOX 10786,    Merrilville, IN 46411-0786
16401475   +Citimortgage,    P O BOX 183040,    Columbus, OH 43218-3040
16401479   +Douglas McCabe,    12723 Skyline,    Plainfield, IL 60585-1900
16401477   +Ford Motor Credit,    P O BOX 790093,    Saint Louis, MO 63179-0093
16751654   +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
16317941   +Harris Bank N.A.,    c/o Richard Jancasz,    1515 E. Woodfield Rd 2nd Floor,
             Schaumburg, IL 60173-5431
16401480   +John Gustaitis Jr.,    231 Inverness Lane,    Schereville, IN 46375-2911
16317942   +Leaders Bank,    c/o Colleen Healy/Clingen Callow,    2100 Manchester Rd. #1750,
             Wheaton, IL 60187-4579
16401481   +Old Second National Bank,    c/o David Chrous/Ice Miller,    2300 Cabot Dr #455,
             Lisle, IL 60532-4613
16317943   +Old Second National Bank,    c/o David Chroust/Ice Miller,    2300 Cabot Dr  #455,
             Lisle, IL 60532-4613
16884281  #+Seasons of Southbury Homeowners Ass,    P O BOX 467,    Naperville, IL 60566-0467
16401478   +Suntrust Mortgage,    P O BOX 27767,    Richmond, VA 23261-7767
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16401476   +E-mail/Text: bankruptcysupport@flagstar.com Dec 01 2011 02:41:44     Flagstar Bank,
             P O BOX 371891,    Pittsburgh, PA 15250-7891
                                                                                              TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2011             Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: lkorotko              Page 2 of 2                  Date Rcvd: Nov 30, 2011
                               Form ID: pdf006             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2011 at the address(es) listed below:
              Brenda Porter Helms    on behalf of Debtor John Gustaitis brenda.helms@albanybank.com
              Bruce E de'Medici    on behalf of Creditor  Leaders Bank bdemedici@gmail.com
              Christopher M Brown    on behalf of Creditor  SunTrust Mortgage f/k/a Crestar Mortgage
               northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              David E Grochocinski     dgrochocinski@ggl-law.com, IL22@ecfcbis.com
              John D. Burke    on behalf of Creditor  Old Second National Bank john.burke@icemiller.com,
               karen.gregg@icemiller.com
              Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmmcguirelaw@sbcglobal.net,
               kmcguire@ggl-law.com;lawyers@ggl-law.com
              Lydia Y Siu    on behalf of Creditor  Flagstar Bank, FSB lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Michael L Sherman    on behalf of Creditor  Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor  CitiMortgage, Inc. timothyy@nevellaw.com
              Toni  Dillon    on behalf of Creditor  SunTrust Mortgage f/k/a Crestar Mortgage
               tdillon@atty-pierce.com,   northerndistrict@atty-pierce.com
                                                                                             TOTAL: 11